# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16733-MDC

FRANCISCO ROSARIO, JR.
SIOMAIRA ROSARIO
64 Hillside Avenue

Huntingdon Valley, PA 19006

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    FRANCISCO ROSARIO, JR.
    SIOMAIRA ROSARIO
    64 Hillside Avenue

    Huntingdon Valley, PA 19006

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 12/1/2016

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee