**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Siomaira Rosario and Francisco Rosario, Jr.<br><br>Debtors<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee<br>Siomaira Rosario and Francisco Rosario, Jr.<br>Respondents | Chapter 13<br>Bankruptcy No. 16-16733-MDC |

## CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 14, 2017

| | | |
|---|---|---|
| Siomaira Rosario<br>64 Hillside Avenue<br>Huntingdon Valley,<br>Pennsylvania 19006<br><br>Francisco Rosario, Jr.<br>64 Hillside Avenue<br>Huntingdon Valley,<br>Pennsylvania 19006 | MICHAEL A. CATALDO2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania<br>19102ecf@ccplaw.com<br>Attorney for Debtors<br><br>MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, Pennsylvania<br>19107<br>Trustee |

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bayview Loan Servicing, LLC
123 South Broad Street, Suite 1400

Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com