United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francisco Rosario, Jr.  
Siomaira Rosario  
       Debtors

Case No. 16-16733-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: May 12, 2017  
                       Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.  
db/jdb        +Francisco Rosario, Jr.,   Siomaira Rosario,    64 Hillside Avenue,    Huntingdon Valley, PA 19006-4133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
        ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,   ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Siomaira  Rosario ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Francisco  Rosario, Jr. ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Francisco  Rosario, Jr. ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Siomaira  Rosario ecf@ccpclaw.com,   igotnotices@ccpclaw.com  
        THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.   mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                                                                         TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francisco Rosario, Jr. and Siomaira Rosario

      Debtor(s)

Chapter: 13

Bankruptcy No: 16−16733−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 11th day of May 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Magdeline D. Coleman
                                          Judge ,
                                          United States Bankruptcy Court

43 − 32
Form 155