United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-16733-mdc
Francisco Rosario, Jr.                                          Chapter 13
Siomaira Rosario
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP           Page 1 of 1              Date Rcvd: May 19, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db/jdb          +Francisco Rosario, Jr.,  Siomaira Rosario,  64 Hillside Avenue,
                 Huntingdon Valley, PA 19006-4133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2   on behalf of Joint Debtor Siomaira  Rosario ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2   on behalf of Debtor Francisco  Rosario, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Francisco  Rosario, Jr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Joint Debtor Siomaira  Rosario ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
           mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                             TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: FRANCISCO & SIOMAIRA ROSARIO, <br> Debtor(s). | Case No. 16-16733MDC13 <br><br> Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___19th___ day of _____May_____, 201_7_, upon consideration of

the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the

balance due to counsel in the amount of **$3,500.00** shall be disbursed in accordance with the Chapter 13

plan.

BY THE COURT

*Magdeline D. Coleman*

_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

FRANCISCO & SIOMAIRA ROSARIO
Debtor(s)
64 Hillside Avenue
Huntingdon Valley, PA  19006