# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-16733-MDC

FRANCISCO ROSARIO, JR.
SIOMAIRA ROSARIO
64 HILLSIDE AVENUE

HUNTINGDON VALLEY, PA 19006

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRANCISCO ROSARIO, JR.
    SIOMAIRA ROSARIO
    64 HILLSIDE AVENUE

    HUNTINGDON VALLEY, PA 19006

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 1/29/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee