**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :          CHAPTER 13

Francisco & Siomaira Rosario
   DEBTOR                       :          BKY. NO. 16-16733MDC13

**ORDER**

  AND NOW, this          day of            2018, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

  It is hereby Ordered that the motion is Granted and the *Second Modified Plan* filed February 15, 2018 as document number 56 is approved.

            By the Court:

            _____
            Hon. Magdeline D. Coleman
            U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esquire
   Cibik & Cataldo, P.C.
   1500 Walnut Street, Ste. 900
   Philadelphia, PA  19102

   William C. Miller, Esquire
   Chapter 13 Trustee
   PO Box 1229
   Philadelphia, PA 19105