**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                 :         CHAPTER 13

Francisco & Siomaira Rosario
    DEBTOR                                           :         BKY. NO. 16-16733MDC13

**CERTIFICATION OF SERVICE**

    I, MICHAEL A. CATALDO, ESQUIRE, hereby certify that a true and correct copy of the Motion to Modify Plan after Confirmation and Notice of Hearing and Response Deadline has been served upon the trustee, all creditors and parties in interest.

    William C. Miller, Esquire
    Chapter 13 Trustee
    PO Box 1229
    Philadelphia, PA 19105

Date: **February 15, 2018**          _____S/_____
                                              MICHAEL A. CATALDO, ESQUIRE
                                              CIBIK & CATALDO, P.C.
                                              1500 Walnut Street, Ste. 900
                                              Philadelphia, PA  19102
                                              PHONE:  215-735-1060
                                              FAX:  215-735-6769