## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Francisco & Siomaira Rosario

        DEBTOR : BKY. NO. 16-16733MDC13

## ORDER

AND NOW, this *31st* day of *May*, 2018 upon consideration of the Debtor's Motion to Reconsider Dismissal Order

It is hereby Ordered that the Motion is Granted. The Dismissal Order of May 3, 2018 is vacated and the Chapter 13 case is reinstated.

By the Court:

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

cc: Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Francisco & Siomaira Rosario
64 Hillside Avenue
Huntingdon Valley, PA 19006