United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francisco Rosario, Jr.  
Siomaira Rosario  
      Debtors

Case No. 16-16733-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jun 01, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2018.  
db/jdb         +Francisco Rosario, Jr.,   Siomaira Rosario,   64 Hillside Avenue,   Huntingdon Valley, PA 19006-4133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2018 at the address(es) listed below:  
         ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
         ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                 TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Francisco & Siomaira Rosario

DEBTOR : BKY. NO. 16-16733MDC13

## ORDER

AND NOW, this 31st day of May, 2018 upon consideration of the Debtor's Motion to Reconsider Dismissal Order

It is hereby Ordered that the Motion is Granted. The Dismissal Order of May 3, 2018 is vacated and the Chapter 13 case is reinstated.

By the Court:

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

cc: Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Francisco & Siomaira Rosario
64 Hillside Avenue
Huntingdon Valley, PA 19006