## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-16733-mdc |
| Francisco Rosario, Jr.<br>     Debtor | : | Chapter 13 |
| Siomaira Rosario<br>     Joint Debtor | | |
| | : | Judge: Magdeline D. Coleman |

_____

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a mortgage lien.that all notices that are required to be given

Respectfully submitted,

**PINCUS LAW GROUP, PLLC**

Dated: June 21, 2018

By:    /s/ Nicole LaBletta
       Nicole LaBletta, Esq.
       425 RXR Plaza
       Uniondale, New York 11556
       Telephone: 516-699-8902
       Fax: 516-279-6990
       Email:nlabletta@pincuslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Case No. 16-16733-mdc |
| Francisco Rosario, Jr.<br>    Debtor | : Chapter 13 |
| Siomaira Rosario<br>    Joint Debtor | |
| | : Judge: Magdeline D. Coleman |

_____

## CERTIFICATE OF SERVICE

I, Nicole LaBletta, certify that on June 21, 2018, I served true and correct copies of the Notice of Appearance and Demand for Service of Papers on the following parties in the manner specified for each party below:

**Francisco Rosario, Jr.**
64 Hillside Avenue
Huntingdon Valley, PA 19006
**Via US Mail**

**Siomaira Rosario**
64 Hillside Avenue
Huntingdon Valley, PA 19006
**Via US Mail**

**MICHAEL A. CATALDO2**
Attorney For Debtor
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Via CM/ECF

**MICHAEL A. CIBIK2**
Attorney For Debtor
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Via CM/ECF

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via CM/ECF

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF

Dated: June 21, 2018

   */s/ Nicole LaBletta*
   Nicole LaBletta, Esq.