IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
Francisco Rosario, Jr. (Debtor)                 :
Siomaira Rosario (Joint Debtor)                 :        CASE NO. 16-16733-mdc
                                                :
_____             :

\*   \*   \*   \*   \*   \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing has filed a motion for approval of Loan Modification with this COURT.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 10, 2018 you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:
    U.S. Bankruptcy Court
    Eastern District of PA
    Bankruptcy Clerk of Courts
    900 Market Street, #400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's Attorney:
    Nicole B. LaBletta, Esquire
    Pincus Law Group, PLLC
    425 RXR Plaza
    Uniondale, NY 11556
    516-699-8902 PHONE
    516-279-6990 FAX

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on at July 31, 2018 at 10:30 am, Courtroom #2, United States Bankruptcy Court, Eastern District of Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By:   /s/ Nicole B. LaBletta
Nicole B. LaBletta, Esquire
Pincus Law Group PLLC
Attorney for Movant
425 RXR Plaza
Uniondale, NY 115556

Date: June 26, 2018

cc: **Francisco Rosario, Jr.**
**Siomaira Rosario**
64 Hillside Avenue
Huntingdon Valley, PA 19006
**Via US Mail**

64 Hillside Avenue
Huntingdon Valley, PA 19006
**Via US Mail**

**MICHAEL A. CATALDO2**
Attorney For Debtor
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Via CM/ECF

**MICHAEL A. CIBIK2**
Attorney For Debtor
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Via CM/ECF

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via CM/ECF

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF