# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Francisco Rosario, Jr. and Siomaira Rosario, | : | |
| Debtors. | : | Bankruptcy No.  16-16733-MDC |

## O R D E R

**AND NOW**, this 8th day of August, 2018, it is hereby **ORDERED** that if Francisco Rosario, Jr. and Siomaira Rosario (the "Debtors") and Bayview Loan Servicing, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter Plan reflecting the loan modification.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael A. Cibik, Esquire
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107