United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francisco Rosario, Jr.  
Siomaira Rosario  
    Debtors

Case No. 16-16733-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 09, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db/jdb       +Francisco Rosario, Jr.,   Siomaira Rosario,   64 Hillside Avenue,   Huntingdon Valley, PA 19006-4133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:

        ALEXANDRA T. GARCIA   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        ANN E. SWARTZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        CELINE P. DERKRIKORIAN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2   on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2   on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        NICOLE B. LABLETTA   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, vbarber@pincuslaw.com  
        THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                 TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Francisco Rosario, Jr. and Siomaira Rosario, | : | |
| Debtors. | : | Bankruptcy No.  16-16733-MDC |

# O R D E R

**AND NOW**, this 8th day of August, 2018, it is hereby **ORDERED** that if Francisco Rosario, Jr. and Siomaira Rosario (the "Debtors") and Bayview Loan Servicing, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter Plan reflecting the loan modification.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael A. Cibik, Esquire
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107