# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| IN RE: | |
|---|---|
| Francisco Rosario, Jr. & Siomaira Rosario<br>Debtor | CHAPTER 13<br>CASE NO.: 16-16733-mdc<br>HEARING DATE: January 21, 2020<br>TIME: 10:30 A.M.<br>LOCATION: COURTROOM #2 |

## ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 24th day of February, 2020, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc: William C. Miller, Chapter 13 Trustee
Debtor: 64 Hillside Avenue, Huntingdon Valley, PA 19006
Counsel for Debtor: Michael A. Cataldo, Esquire,
Counsel for Creditor: Michael J. Shavel, Esquire