United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francisco Rosario, Jr.  
Siomaira Rosario  
    Debtors

Case No. 16-16733-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 24, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db/jdb        +Francisco Rosario, Jr.,    Siomaira Rosario,    64 Hillside Avenue,    Huntingdon Valley, PA 19006-4133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:

       ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com  
       CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MICHAEL A. CATALDO2    on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CATALDO2    on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Francisco Rosario, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL J. SHAVEL    on behalf of Creditor    Mill City Mortgage Loan Trust 2019-1 mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com  
       MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com  
       NICOLE B. LABLETTA    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com  
       THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                       TOTAL: 17

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

(Philadelphia)

| | |
|---|---|
| IN RE:<br><br>Francisco Rosario, Jr. & Siomaira Rosario<br>Debtor | CHAPTER 13<br><br>CASE NO.: 16-16733-mdc<br><br>HEARING DATE: January 21, 2020<br>TIME: 10:30 A.M.<br>LOCATION: COURTROOM #2 |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 24th day of February, 2020, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Case Administrator to mail:

Cc:    William C. Miller, Chapter 13 Trustee
       Debtor: 64 Hillside Avenue, Huntingdon Valley, PA 19006
       Counsel for Debtor: Michael A. Cataldo, Esquire,
       Counsel for Creditor: Michael J. Shavel, Esquire