UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                       CASE NO.: 16-16733-mdc
                                                                                          CHAPTER 13

**Francisco Rosario, Jr.,**
  **Debtor.**

**Siomaira Rosario,**
  **Joint Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112

                                         By: /s/Charles Wohlrab
                                            Charles Wohlrab, Esq.
                                            Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANCISCO ROSARIO, JR.
64 HILLSIDE AVENUE
HUNTINGDON VALLEY, PA 19006

SIOMAIRA ROSARIO
64 HILLSIDE AVENUE
HUNTINGDON VALLEY, PA 19006

And via electronic mail to:

CIBIK & CATALDO, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

CIBIK & CATALDO, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ VJ Allen
VJ Allen
Email: viallen@rascrane.com