Certificate Number: 16339-PAE-DE-035962548

Bankruptcy Case Number: 16-16733



16339-PAE-DE-035962548

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2021, at 4:37 o'clock PM EDT, Francisco Rosario, jr. completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2021            By:    /s/Kelley Tipton

                                     Name:  Kelley Tipton

                                     Title: Certified Financial Counselor