United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16733-mdc |
| Francisco Rosario, Jr. | Chapter 13 |
| Siomaira Rosario | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francisco Rosario, Jr., Siomaira Rosario, 64 Hillside Avenue, Huntingdon Valley, PA 19006-4133 |
| 13796327 | + | Aargon Collection Agency, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 13796328 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13796331 | + | Chase Auto Finance, P O Box 901032, Ft Worth TX 76101-2032 |
| 13796336 | + | City of Trenton Tax Office, PO Box 210, Trenton, NJ 08602-0210 |
| 13796338 | + | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 13863199 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13999285 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13796339 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13796341 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13796342 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13796346 | + | Linebarger Goggan Blair and Sampson LLP, 1600 JFK Blvd., 4 Penn Center, Suite 910, Philadelphia, PA 19103-2818 |
| 14415228 | + | Mill City Mortgage Loan Trust 2019-1, c/o Michael J. Shavel, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| 13796347 | + | Monterey Financial Svc, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 13997128 | | New Penn Financial, LLC, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14606287 | + | New Rez, LLC, C/O Charles Wohlrab, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202 Fairfield, NJ 07004-2927 |
| 14126225 | + | Nicole LaBletta, Esq., Atty for New Penn Financial, LLC, 425 RXR Plaza, Uniondale, New York 11556-3811 |
| 13796348 | + | Ocwen Loan Servicing Llc, Attn: Research Dept, 1661 Worthintong Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 13796349 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13818515 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13796355 | + | PSE&G, PO Box 14444, NEW BRUNSWICK, NJ 08906-4444 |
| 13796351 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13796352 | + | Phelan, Halinan & Smieg, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 13808598 | + | Santander Consumer USA, PO BOX 560284, Dallas, TX 75356-0284 |
| 13796356 | + | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 13796357 | + | Selene Finance, PO Box 71243, Philadelphia, PA 19176-6243 |
| 13796358 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13796359 | + | Trenton Water Works, Accounts & Control, 319 E. State St., Rm. 113, Trenton, NJ 08608-1809 |
| 13827021 | + | Trenton Water Works, City of Trenton/ Accounts & Control, 319 East State St, Room 113, Trenton, NJ 08608-1809 |
| 14270850 | | U.S. BANK TRUST NA, AS TRUSTEE OF CVF III, P.O. BOX 10826, GREENVILLE, SC 29603-0826 |
| 13796360 | + | UPHS, PO Box 824336, Philadelphia, PA 19182-4336 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 08 2021 03:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2021 03:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 16-16733-mdc  Doc 124  Filed 09/09/21  Entered 09/10/21 00:35:47  Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13796327 | + | Email/Text: aargon@ebn.phinsolutions.com | Sep 08 2021 03:01:00 | Aargon Collection Agency, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 13825779 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 08 2021 03:11:18 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13838499 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 08 2021 03:11:18 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13796329 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 08 2021 03:01:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 13796334 | | Email/Text: megan.harper@phila.gov | Sep 08 2021 03:01:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13796335 | | Email/Text: megan.harper@phila.gov | Sep 08 2021 03:01:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13796330 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 03:11:21 | Capital One Na, Attn: Bankruptcy Dept, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 13805583 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 08 2021 03:11:21 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13796332 | + | Email/Text: ecf@ccpclaw.com | Sep 08 2021 03:01:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13796337 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 03:01:00 | Comenity Bank/Victoria Secret, PO Box 18215, Columbus, OH 43218 |
| 13796340 | + | Email/Text: bknotice@ercbpo.com | Sep 08 2021 03:01:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13796343 | + | Email/Text: Harris@ebn.phinsolutions.com | Sep 08 2021 03:01:00 | Harris & Harris, Ltd, 111 W Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 13796345 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 03:01:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13842599 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 03:01:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13828298 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 08 2021 03:01:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13796353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 03:11:21 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 13862708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 03:11:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13814623 | + | Email/Text: bankruptcy@pseg.com | Sep 08 2021 03:01:00 | PSE&G, Attn: Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 13796350 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 08 2021 03:01:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13802218 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 03:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13834990 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 03:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13798562 | | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2021 03:11:16 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13796361 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 08 2021 03:01:00 | Verizon, 500 Technology Dr, Suite 500, Weldon |

Case 16-16733-mdc   Doc 124   Filed 09/09/21   Entered 09/10/21 00:35:47   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 138OBJ | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 13796362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Spring, MO 63304-2225 |
| | | | Sep 08 2021 03:11:30 | Visa Dept Store National Bank, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13796333 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13796344 | * | Harris & Harris, LTD., 111 W.. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 13796354 | ## | Pro CO, PO BOX 2462, Aston PA 19014-0462 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| LAUREN MOYER | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Francisco Rosario Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Francisco Rosario Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com |

| | |
|---|---|
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Siomaira Rosario ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com |
| NICOLE B. LABLETTA | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| THOMAS I. PULEO | on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francisco Rosario, Jr. and Siomaira Rosario

    Debtor(s)                                    Case No: 16−16733−mdc

                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/7/21