United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 16-16733-mdc

Francisco Rosario, Jr.    Chapter 13

Siomaira Rosario

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francisco Rosario, Jr., Siomaira Rosario, 64 Hillside Avenue, Huntingdon Valley, PA 19006-4133 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDRA T. GARCIA
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

CHRISTOPHER M. MCMONAGLE
     on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL A. CIBIK
    on behalf of Joint Debtor Siomaira Rosario mail@cibiklaw.com

MICHAEL A. CIBIK
    on behalf of Debtor Francisco Rosario Jr. mail@cibiklaw.com

MICHAEL J. SHAVEL
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL J. SHAVEL
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com
    ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

NICOLE B. LABLETTA
    on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing nlabletta@lablettawalters.com,
    brausch@pincuslaw.com

THOMAS I. PULEO
    on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com


TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Francisco Rosario, Jr. and Siomaira Rosario  : Case No. 16−16733−mdc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , December 17, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

133
Form 195